**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ASHLEY DUMAS,

Plaintiff,

v. Case No. 6:26-cv-01294-CEM-RMN

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, I C SYSTEM, INC., CAPITAL ONE BANK (USA), N.A., VERIZON WIRELESS, RADIUS GLOBAL SOLUTIONS, LLC, AND ONLINE INFORMATION SERVICES, INC.,

Defendants.

---

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the Plaintiff's dismissal of all claims against **all Defendants** in the above-captioned matter, without prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: August 24, 2026

/s/ Joseph Kanee
Joseph Kanee
Florida Bar No. 1040922
MARCUS & ZELMAN, LLC
1508 SW 3rd Street
Fort Lauderdale, FL 33315
Phone: (786) 933-2775
Email: joseph@marcuszelman.com
Attorney for Plaintiff

/s/ Maria Helena Ruiz
Maria Helena Ruiz
Haber Law LLP
251 N.W. 23rd Street
Miami, FL 33127-4315
305-379-2400
Email: mruiz@haber.law
Attorney for Experian Information Solutions, Inc.

/s/ Jason Daniel Joffe
Jason Daniel Joffe
Squire Patton Boggs LLP
200 South Biscayne Boulevard
Suite 3400
Miami, FL 33131
305-577-7000
Fax: 305-577-7001
Email: jason.joffe@squirepb.com
Attorney for Equifax Information Services, LLC

/s/ Charlotte A. Long
Charlotte A. Long
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
469-578-1464
Email: charlotte.long@transunion.com
Attorney for Trans Union, LLC

/s/ *Dale T. Golden*
Dale T. Golden
Martin Golden Lyons Watts & Morgan, PLLC
410 S. Ware Boulevard
Suite 806
Tampa, FL 33619
813-251-3632
Email: dgolden@mgl.law
Attorney for I C System, Inc.

/s/ *Ellen T. Mathews*
Ellen T. Mathews
Rachel Blackmon Cash
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
205-458-5483
Email: emathews@burr.com
Email: rcash@burr.com
Attorney for Capital One, N.A., successor by merger

to Capital One Bank (USA), N.A.

/s/ John P. Golden
John P. Golden
Fields Howell LLP
9155 S. Dadeland Blvd., Suite 1012
Miami, FL 33156
786-870-5600
Email: Jgolden@fieldshowell.com
Attorney for Verizon Wireless Services, LLC dba Verizon Wireless, erroneously sued as "Verizon Wireless"

/s/ Bradley J. St. Angelo
Bradley J. St. Angelo
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd.
Suite 2800
Metairie, LA 70002
504-828-3700
Fax: 504-828-3737
Email: bstangelo@sessions.legal
Attorney for Radius Global Solutions, LLC

s/ Barbara Fernandez
Barbara Fernandez
Hinshaw & Culbertson LLP
2811 Ponce de Leon Boulevard
Suite 1000 - 10th FL
Coral Gables, FL 33134
305-428-5031
Fax: 305-577-1063
Email: bfernandez@hinshawlaw.com
Attorney for Online Information Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed on August 17, 2026, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Joseph Kanee