UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ASHLEY DUMAS,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-1294-CEM-RMN**

**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, I C SYSTEM, INC., CAPITAL ONE BANK (USA), N.A., VERIZON WIRELESS, RADIUS GLOBAL SOLUTIONS, LLC and ONLINE INFORMATION SERVICES, INC.,**

**Defendants.**

______________________________/

## ORDER

THIS CAUSE is before the Court on the Stipulation of Dismissal without prejudice (Doc. 66). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 25, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record